## 3887.   YOPP v. THE STATE.

HILL, C. J.   The facts of this case bring it squarely within the principle of law announced by this court in *Bray* v. *Commerce*, 5 *Ga. App.* 605 (63 S. E. 596), and cases cited; and the judgment refusing to grant another trial must be reversed.                    *Judgment reversed.*

DECIDED JANUARY 30, 1912.

Accusation of sale of liquor; from city court of Dublin—Judge Hawkins.   November 7, 1911.

*J. S. Adams,* for plaintiff in error.

*George B. Davis, solicitor,* contra.